IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 06-03396 JW

In Re Juniper Derivative Actions

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

/

On October 16, 2006, the Court conducted a case management conference. Counsel representing the respective parties were present. Counsel for the Class Action Plaintiffs were also present. In light of the discussion with the parties' counsel, the Court orders the following:

1. The Derivative Plaintiffs shall file a Consolidated Complaint no later than **January 12, 2007**.

2. The deadline for the Derivative Defendants to file a motion to dismiss is **March 12, 2007**. Oppositions and replies are due April 13, 2007 and May 4, 2007 respectively.

3. A hearing on the Derivative Defendants' motion is scheduled for **May 21, 2007 at 9:00 a.m.**

4. The parties in the Derivative Actions and the Class Actions shall coordinate service to ensure that everyone receives copies, electronically or otherwise, of the papers filed in each type of action.

Dated: October 20, 2006

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arthur L. Shingler ashingler@scott-scott.com
Betsy C. Manifold manifold@whafh.com
Elizabeth C Guarnieri ecg@classcounsel.com
Eric L. Zagar ezagar@sbclasslaw.com
Gregory L. Watts gwatts@wsgr.com
Joni L. Ostler jostler@wsgr.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Sean M. Handler ecf_filings@sbclasslaw.com
Travis E. Downs travisd@lerachlaw.com

**Dated: October 20, 2006**              **Richard W. Wieking, Clerk**

                                         **By:   /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California