LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
– and –
SHAWN A. WILLIAMS (213113)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com

SCHIFFRIN, BARROWAY, TOPAZ
& KESSLER, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)
ezagar@sbclasslaw.com
shandler@sbclasslaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER DERIVATIVE ACTIONS<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 5:06-cv-03396-JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING OF CONSOLIDATED COMPLAINT |

This Stipulation is entered into by and among plaintiffs and nominal defendant Juniper Networks, Inc. ("Juniper") and defendants Scott G. Kriens, Stratton D. Sclavos, William R. Stensrud, Robert M. Calderoni, Kenneth A. Goldman, William R. Hearst III, Kenneth Levy, Frank J. Marshall, Robert R.B. Dykes, Pradeep Sindhu, James A. Dolce, Jr., Marcel L. Gani, Steven R. Haley and Peter L. Wexler, through their attorneys of record.

WHEREAS, on October 20, 2006, the Court ordered that plaintiffs shall file a Consolidated Complaint by January 12, 2007; and

WHEREAS, on December 20, 2006, Juniper announced that it will need to restate its historical financial statements to record additional non cash charges for stock-based compensation; and

WHEREAS, defendants do not object to an extension of time for plaintiffs to file their Consolidated Complaint three weeks after Juniper files its restated financial statements with the Securities and Exchange Commission, or February 23, 2007, whichever occurs first.

THEREFORE, the undersigned parties stipulate as follows:

1. Plaintiffs shall file and serve the Consolidated Complaint within three weeks after Juniper files its restated financial statements with the Securities Exchange Commission, or February 23, 2007, which ever occurs first;

2. Defendants shall file and serve their response to the Consolidated Complaint 60 days after service of the Consolidated Complaint;

3. Plaintiffs shall file and serve their opposition to defendants' motion to dismiss 60 days after service of the motion to dismiss; and

4. Defendants shall file and serve their reply 21 days after service of the opposition.

IT IS SO STIPULATED.

DATED: January 11, 2007

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN II

s/ Travis E. Downs III
TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: 310/859-3100
310/278-2148 (fax)

SCHIFFRIN, BARROWAY, TOPAZ
& KESSLER, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Lead Counsel for Plaintiffs

CICCARELLO DEL GIUDICE & LAFON
MICHAEL J. DEL GIUDICE
TIMOTHY J. LaFON
1219 Virginia Street East, Suite 100
Charleston, WV 25301
Telephone: 304/343-4440
304/343-4464 (fax)

Additional Counsel for Plaintiffs

*I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Consolidated Complaint. In compliance with General Order 45, X.B., I hereby attest that Steven Guggenheim has concurred in this filing.*

DATED: January 11, 2007

WILSON SONSINI GOODRICH & ROSATI, P.C.
NINA F. LOCKER
STEVEN GUGGENHEIM

s/ Steven Guggenheim
STEVEN GUGGENHEIM

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
650/493-6811 (fax)

Attorneys for Defendants

* * *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 12, 2007

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Juniper Networks Derivative\S_O00038084.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Travis E. Downs III
TRAVIS E. DOWNS III

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: travisd@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03396-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com
- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM
- **Elizabeth C Guarnieri**
  ecg@classcounsel.com CAND.USCOURTS@classcounsel.com
- **Sean M. Handler, Esq**
  ecf_filings@sbtklaw.com der_filings@sbtklaw.com.com
- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com
- **Betsy C. Manifold**
  manifold@whafh.com
- **Todd Mosser**
- **Joni L. Ostler**
  jostler@wsgr.com charris@wsgr.com
- **Darren J. Robbins**
- **Arthur L. Shingler, III**
  ashingler@scott-scott.com ssawyer@scott-scott.com
- **Gregory L. Watts**
  gwatts@wsgr.com lbeltran@wsgr.com
- **Eric L. Zagar**
  ezagar@sbclasslaw.com rwinchester@sbclasslaw.com;der_filings@sbclasslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Trevan Borum**
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

**Sandra G. Smith**
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087