1  NINA F. LOCKER, State Bar No. 123838
   Email: nlocker@wsgr.com
2  STEVEN GUGGENHEIM, State Bar No. 201386
   Email: sguggenheim@wsgr.com
3  JONI OSTLER, State Bar No. 230009
   Email: jostler@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
7
   Attorneys for Nominal Defendant Juniper
8  Networks, Inc. and Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 | In re JUNIPER DERIVATIVE ACTIONS | ) | No. 5:06-cv-03396-JW |
   |                                   | ) |                      |
13 |                                   | ) | STIPULATION AND [PROPOSED] ORDER |
   | This Document Relates To:         | ) | REGARDING FILING OF |
14 |                                   | ) | CONSOLIDATED COMPLAINT AND |
   |         ALL ACTIONS.              | ) | BRIEFING SCHEDULE |
15 |                                   | ) |                      |
   |                                   | ) |                      |
16

1  This Stipulation is entered into by and among plaintiffs, nominal defendant Juniper Networks, Inc. ("Juniper") and defendants Scott G. Kriens, Stratton D. Sclavos, William R. Stensrud, Robert M. Calderoni, Kenneth A. Goldman, William R. Hearst III, Kenneth Levy, Frank J. Marshall, Robert R.B. Dykes, Pradeep Sindhu, James A. Dolce, Jr., Marcel L. Gani, Steven R. Haley and Peter L. Wexler, through their attorneys of record.

WHEREAS, the parties previously stipulated on January 11, 2007 that plaintiffs shall file and serve their Consolidated Complaint within three weeks after Juniper files its restated financial statements with the Securities Exchange Commission, or February 23, 2007, which ever occurred first;

WHEREAS, Juniper has not yet filed its restated financial statements, but intends to do so by March 31, 2007,

WHEREAS, Defendants and Plaintiffs would like to synchronize the schedule of this case with that of the related class action *In re Juniper Networks, Inc. Securities Litigation,* No. C06-04327 JW;

WHEREAS, Defendants and Plaintiffs have agreed that Plaintiffs may file and serve their Consolidated Complaint within thirty (30) days after Juniper files its restated financial statements with the Securities Exchange Commission; Defendants shall file and serve their response to the Consolidated Complaint 45 days after service of the Consolidated Complaint; Plaintiffs shall file and serve their opposition 45 days after service of the Defendants' response; and Defendants shall file and serve their reply 21 days after service of the opposition.

THEREFORE, the undersigned parties stipulate as follows:

1. Plaintiffs shall file and serve their Consolidated Complaint no later than thirty (30) days after Juniper files its restated financial statements with the Securities Exchange Commission;

/ / /

1       2.      Defendants shall file and serve their response to the Consolidated Complaint 45 days

2  after service of the Consolidated Complaint;

3       3.      Plaintiffs shall file and serve their opposition within 45 days after service of

4  Defendants' response; and

5       4.      Defendants shall file and serve their reply 21 days after service of the opposition.

6       IT IS SO STIPULATED.

7
DATED:  February 14, 2007                     WILSON SONSINI GOODRICH & ROSATI, P.C.
8                                              NINA F. LOCKER
                                               STEVEN GUGGENHEIM
9                                              JONI OSTLER

10

11                                                         /s/ Joni Ostler
                                                          JONI OSTLER
12
                                              650 Page Mill Road
13                                            Palo Alto, CA  94304-1050
                                              Telephone:  650/493-9300
14                                            650/493-6811 (fax)

15                                            Attorneys for Defendants

16      *I, Joni Ostler, am the ECF user whose ID and password are being used to file this
    Stipulation and [Proposed] Order Regarding Filing of Consolidated Complaint and Briefing
17  Schedule.  In compliance with General Order 45, X.B., I hereby attest that Benny C. Goodman
    has concurred in this filing.*
18

19  DATED:  February 14, 2007                 LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
20                                            TRAVIS E. DOWNS III
                                              BENNY C. GOODMAN II
21

22                                                      /s/ Benny C. Goodman
                                                       BENNY C. GOODMAN
23
                                              655 West Broadway, Suite 1900
24                                            San Diego, CA  92101
                                              Telephone:  619/231-1058
25                                            619/231-7423 (fax)

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
FILING OF CONSOLIDATED COMPLAINT – Case No. C06-03396-JW                              - 2 -

1
2      LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
3      SHAWN A. WILLIAMS
       100 Pine Street, Suite 2600
4      San Francisco, CA  94111
       Telephone:  415/288-4545
5      415/288-4534 (fax)

6      LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
7      THOMAS G. WILHELM
       9601 Wilshire Blvd., Suite 510
8      Los Angeles, CA  90210
       Telephone:  310/859-3100
9      310/278-2148 (fax)

10     SCHIFFRIN, BARROWAY, TOPAZ
          & KESSLER, LLP
11     ERIC L. ZAGAR
       SEAN M. HANDLER
12     280 King of Prussia Road
       Radnor, PA  19087
13     Telephone:  610/667-7706
       610/667-7056 (fax)

14     Lead Counsel for Plaintiffs

15     CICCARELLO DEL GIUDICE & LAFON
       MICHAEL J. DEL GIUDICE
16     TIMOTHY J. LaFON
       1219 Virginia Street East, Suite 100
17     Charleston, WV  25301
       Telephone:  304/343-4440
18     304/343-4464 (fax)

19     Additional Counsel for Plaintiffs

20                    *       *       *

21                        **O R D E R**

22     PURSUANT TO STIPULATION, IT IS SO ORDERED.

23
24   DATED:  _____2/15/2007_____   _____/s/ James Ware_____
                                          THE HONORABLE JAMES WARE
25                                        UNITED STATES DISTRICT JUDGE

26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING
FILING OF CONSOLIDATED COMPLAINT – Case No. C06-03396-JW                    - 3 -