NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
STEVEN GUGGENHEIM, State Bar No. 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER DERIVATIVE ACTIONS<br><br>This Document Relates To:<br><br>   ALL ACTIONS | No. 5:06-cv-03396-JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE**<br><br>Date: N/A<br>Time: N/A<br>Before: Hon. James Ware |

STIP & [PROPOSED] ORDER RE BRIEFING SCHEDULE
CASE NO. 5:06-cv-03396-JW

1  This Stipulation is entered into by and among Lead Plaintiffs the Indiana State District Council of Laborers and HOD Carriers Pension Fund, Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund, and Timothy Hill, and defendants Juniper Networks, Inc., Scott Kriens, Stratton Sclavos, William Stensrud, Robert M. Calderoni, Kenneth A. Goldman, William R. Hearst III, Kenneth Levy, Frank J. Marshall, Vinod Khosla, Pradeep Sindhu, Robert Dykes, Marcel L. Gani, Peter L. Wexler, Ashok Krishnamurthi, and Lloyd Carney (the "Defendants"), by and through their respective attorneys of record.

WHEREAS, pursuant to the Stipulation and Order Regarding Filing of Consolidated Complaint and Briefing Schedule dated February 15, 2007, the parties agreed that:

1. Plaintiffs shall file and serve their Consolidated Complaint no later than thirty (30) days after Juniper files its restated financial statements with the Securities Exchange Commission;

2. Defendants shall file and serve their response to the Consolidated Complaint 45 days after service of the Consolidated Complaint;

3. Plaintiffs shall file and serve their opposition within 45 days after service of Defendants' response; and

4. Defendants shall file and serve their reply 21 days after service of the opposition;

WHEREAS, Plaintiffs filed their Consolidated Complaint on April 11, 2007, and

WHEREAS, Plaintiffs have agreed to extend the Defendants' time to respond to the Consolidated Complaint;

NOW, THEREFORE, the parties hereby stipulate, and request the Court to order, as follows:

1. Defendants shall file and serve their response(s) to the Consolidated Complaint on or before June 15, 2007; and

2. Plaintiffs shall file and serve their opposition within 45 days after service of Defendants' response(s); and

/ / /

3. Defendants shall file and serve their reply 21 days after service of the opposition.

IT IS SO STIPULATED.

DATED: May 22, 2007

WILSON SONSINI GOODRICH & ROSATI, P.C.
NINA F. LOCKER
STEVEN GUGGENHEIM
JONI OSTLER

　　　　　　　　/s/ Joni Ostler　　　　　　　　
JONI OSTLER

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  650/493-9300
650/493-6811 (fax)

Attorneys for Defendants

I, Joni Ostler, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Filing of Consolidated Complaint and Briefing Schedule.  In compliance with General Order 45, X.B., I hereby attest that Travis E. Downs III has concurred in this filing and gave me express permission via e-mail dated May 22, 2007 to sign his electronic signature below.

DATED: May 22, 2007

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN II

　　　　　　　　/s/ Travis E. Downs III　　　　　　　　
TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

\*　　\*　　\*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____ May 25 2007 _____

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE