1  NINA F. LOCKER, State Bar No. 123838
   Email: nlocker@wsgr.com
2  STEVEN GUGGENHEIM, State Bar No. 201386
   Email: sguggenheim@wsgr.com
3  JONI OSTLER, State Bar No. 230009
   Email: jostler@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
7

8  Attorneys for Defendants

*IT IS SO ORDERED*
*Judge James Ware*

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13  IN RE JUNIPER DERIVATIVE ACTIONS         No. 5:06-cv-03396-JW

14  _____      **STIPULATION AND [PROPOSED]
                                              ORDER RE TEMPORARY STAY**
15  This Document Relates To:

16       ALL ACTIONS                         Date:  N/A
                                             Time:  N/A
17                                           Before: Hon. James Ware

18

STIP & [PROPOSED] ORDER RE TEMPORARY STAY
CASE NO. 5:06-cv-03396-JW

1  This Stipulation is entered into by and among Lead Plaintiffs the Indiana State District Council of Laborers and HOD Carriers Pension Fund, Employer-Teamsters Local Nos. 175 & 505 Pension Trust Fund, and Timothy Hill, and defendants Juniper Networks, Inc., Scott Kriens, Stratton Sclavos, William Stensrud, Robert M. Calderoni, Kenneth A. Goldman, William R. Hearst III, Kenneth Levy, Frank J. Marshall, Vinod Khosla, Pradeep Sindhu, Robert Dykes, Marcel L. Gani, Peter L. Wexler, Ashok Krishnamurthi, and Lloyd Carney (the "Defendants"), by and through their respective attorneys of record.

WHEREAS, pursuant to the Stipulation and Order Regarding Briefing Schedule dated May 22, 2007, the parties agreed:

1. Defendants shall file and serve their response(s) to the Verified Consolidated Shareholders Derivative Complaint on or before June 15, 2007; and

2. Plaintiffs shall file and serve their opposition within 45 days after service of Defendants' response(s); and

3. Defendants shall file and serve their reply 21 days after service of the opposition;

WHEREAS, through their respective counsel, the above-named Defendants and Plaintiffs have agreed to pursue settlement discussions and/or mediation;

WHEREAS, the Defendants and Plaintiffs believe that it would conserve the resources of the Court and the parties if motion practice and proceedings are temporarily stayed to allow the parties time to conduct settlement discussions and/or mediation;

NOW, THEREFORE, Defendants and Plaintiffs, by and through their respective counsel, hereby stipulate and agree to, and ask the Court to approve, the following:

1. The current deadlines and briefing schedule for Defendants' response(s) to the Verified Consolidated Shareholders Derivative Complaint shall be vacated;

2. This case will be temporarily stayed to allow the parties time to conduct settlement discussions and/or mediation; and

3. In August 2007, the parties shall meet and confer, and confer with the Court, to

/ / /

set a further Case Management Conference at which to revisit the status of the case.

    IT IS SO STIPULATED.

DATED:  June 8, 2007                    WILSON SONSINI GOODRICH & ROSATI, P.C.
                                            NINA F. LOCKER
                                            STEVEN GUGGENHEIM
                                            JONI OSTLER

                                                     /s/ Joni Ostler
                                            JONI OSTLER

                                            650 Page Mill Road
                                            Palo Alto, CA  94304-1050
                                            Telephone:  650/493-9300
                                            650/493-6811 (fax)

                                            Attorneys for Defendants

DATED:  June 8, 2007                    LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                            TRAVIS E. DOWNS III
                                            BENNY C. GOODMAN II

                                                   /s/ Travis E. Downs III
                                            TRAVIS E. DOWNS III

                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101
                                            Telephone:  619/231-1058
                                            Fax: 619/231-7423
                                            travisd@lerachlaw.com

DATED:  June 8, 2007                    SCHIFFRIN, BARROWAY, TOPAZ &
                                            KESSLER, LLP
                                            ERIC L. ZAGAR
                                            ROBIN WINCHESTER
                                            EMANUEL SHACHMUROVE

                                                  /s/ Robin Winchester
                                            ROBIN WINCHESTER

                                            280 King of Prussia Road
                                            Radnor, PA  19087
                                            Telephone: 610/667-7706
                                            ezagar@sbtklaw.com
                                            Fax: 610/667-7056

                    ORDER PURSUANT TO STIPULATION

  The above entitled case is stayed until September 10, 2007.  All deadlines are hearing are VACATES.  The parties shall appear for a Status Conference on September 10, 2007.  The parties shall meet and confer and file a joint status statement ten (10) days before the date of the conference.

Date: June 12, 2007                                                                
                                                                    JAMES WARE
                                                                    United States District Judge

1  I, Joni Ostler, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE TEMPORARY STAY.  In compliance with General Order 45.X.B, I hereby attest that both Travis Downs III and Robin Winchester have concurred in this filing.

Dated: June 8, 2007    WILSON SONSINI GOODRICH & ROSATI
                       Professional Corporation


                       By:   /s/ Joni Ostler
                             Joni Ostler

## CERTIFICATE OF SERVICE VIA EMAIL

I, Joni Ostler, declare:

I am employed in Santa Clara County.  I am over the age of 18 years and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for transmittal via e-mail.

Pursuant to the Order Following Case Management Conference entered by the Court on October 20, 2006, I served the foregoing STIPULATION AND [PROPOSED] ORDER RE TEMPORARY STAY on lead counsel for the appointed lead plaintiffs, and counsel for defendant Ernst & Young, in the related action *In re Juniper Networks, Inc. Securities Litigation,* No. C06-04327-JW, as listed below, via email as attachments by following ordinary business practices at Wilson Sonsini Goodrich & Rosati:

    Richard Bemporad
    Email: rbemporad@lowey.com
    David C. Harrison
    Email: dharrison@ldbs.com
    LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.
    One North Broadway
    White Plains, New York  10601-2310

    *Lead Counsel for the New York City Pension Funds*

STIP & [PROPOSED] ORDER RE TEMPORARY STAY      -3-
CASE NO. 5:06-cv-03396-JW

1  Willem F. Jonckheer
   Email: wjonckheer@schubert-reed.com
2  SCHUBERT & REED LLP
   Three Embarcadero Center, Suite 1650
3  San Francisco, CA  94111

4  *Local Counsel for the New York City Pension Funds*

5  David Michael Freidman
   Email: david.friedman@lw.com
6  Peter Alan Wald
   Email: peter.wald@lw.com
7  Vivann H. Chui
   Email: viviann.chui@lw.com
8  LATHAM & WATKINS
   505 Montgomery Street, Steui 200
9  San Francisco, CA  94111-2562

10  *Counsel for Defendant Ernst & Young*

11  Patrick Gibbs
    Email: Patrick.gibbs@lw.com
12  LATHAM & WATKINS
    140 Scott Drive
13  Menlo Park, CA  94025

14  *Counsel for Defendant Ernst & Young*

15  I declare under penalty of perjury under the laws of the State of California that the

16  foregoing is true and correct.  Executed at Palo Alto, California on June 8, 2007.

18                                                     /s/ Joni Ostler
                                                    Joni Ostler