COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com
mcalkins@csgrr.com
        – and –
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
johnkg@csgrr.com
swilliams@csgrr.com
mwinkler@csgrr.com
abaig@csgrr.com

SCHIFFRIN, BARROWAY, TOPAZ
  & KESSLER, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
ezagar@sbclasslaw.com
shandler@sbclasslaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER DERIVATIVE ACTIONS  ) <br> ) <br> ) <br> This Document Relates To:                  ) <br> ) <br> ALL ACTIONS.                                 ) <br> ) | No. 5:06-cv-03396-JW <br><br> STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS |

1    Plaintiff Arlee C. Gowen ("Gowen"), lead plaintiffs in the consolidated action *In re Juniper Derivative Actions*, Case 06-03396-CW, and defendants stipulate as follows:

On October 19, 2006, the Court entered an Order consolidating seven separately filed derivative actions brought on behalf of nominal defendant Juniper Networks, Inc. ("Juniper"). The seven actions were consolidated under the first-filed action, *Hill v. Gani*, Case 06-03396-JW, which was re-titled as *In re Juniper Derivative Actions*. Each of the actions made substantially similar allegations relating to stock option granting practices at Juniper.

On August 21, 2007, an additional action was filed as *Gowen v. Kriens*, Case 07-04298-RS. The *Gowen* action arises from the same set of facts alleged in the actions previously consolidated.

Accordingly, Gowen, lead plaintiffs in the consolidated action and defendants agree and stipulate that the *Gowen* action is related to and should be consolidated with *In re Juniper Derivative Actions*, Case 06-03396-JW. Gowen agrees to be bound by the terms set forth in the Stipulation and [Proposed] Order Consolidating Cases for All Purposes, Appointing Lead Plaintiff and Lead Counsel, and Setting Schedule, dated August 31, 2006, to which lead plaintiffs and defendants are already parties.

IT IS SO STIPULATED.

DATED:  September 6, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG

             /s/
         JOHN K. GRANT

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS - 5:06-cv-03396-JW        - 1 -

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | TRAVIS E. DOWNS III<br>BENNY C. GOODMAN II |
| 4 | MARY LYNNE CALKINS<br>655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
| 7 | SCHIFFRIN, BARROWAY, TOPAZ<br>  & KESSLER, LLP |
| 8 | ERIC L. ZAGAR<br>SEAN M. HANDLER |
| 9 | 280 King of Prussia Road<br>Radnor, PA  19087 |
| 10 | Telephone:  610/667-7706<br>610/667-7056 (fax) |
| 11 | Lead Counsel for Plaintiffs |
| 12 | CICCARELLO DEL GIUDICE & LAFON |
| 13 | MICHAEL J. DEL GIUDICE<br>TIMOTHY J. LaFON |
| 14 | 1219 Virginia Street East, Suite 100<br>Charleston, WV  25301 |
| 15 | Telephone:  304/343-4440<br>304/343-4464 (fax) |
| 16 | Additional Counsel for Plaintiffs |
| 17 | DATED:  September 6, 2007    WILSON SONSINI GOODRICH &<br>                                                         ROSATI, P.C. |
| 18 | NINA F. LOCKER<br>STEVEN GUGGENHEIM |
| 19 | JONI OSTLER |
| 20 | |
| 21 | /s/ |
| | JONI OSTLER |
| 22 | |
| 23 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 24 | Telephone:  650/493-9300<br>650/493-6811 (fax) |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |
|---|---|
| | Attorneys for Nominal Defendant Juniper Networks, Inc., and Defendants Scott G. Kriens, Stratton D. Sclavos, William R. Stensrud, Robert M. Calderoni, Kenneth A. Goldman, William R. Hearst III, Kenneth Levy, Frank J. Marshall, Robert R.B. Dykes, Pradeep Sindhu, James A. Dolce, Jr., Marcel L. Gani, Steven R. Haley and Peter L. Wexler |

I, John K. Grant, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS. In compliance with General Order 45, X.B., I hereby attest that Joni Ostler has concurred in this filing.

/s/
JOHN K. GRANT

\*   \*   \*

**O R D E R**

*Gowen v. Kriens*, Case 07-04298-RS is related to and is hereby consolidated with *In re Juniper Derivative Actions*, Case 06-03396-JW consistent with the August 31, 2006 Stipulation and [Proposed] Order Consolidating Cases for All Purposes, Appointing Lead Plaintiff and Lead Counsel, and Setting Schedule.

IT IS SO ORDERED.

DATED: September 11, 2007

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Juniper Networks Derivative\STP00045024.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2007.

/s/
JOHN K. GRANT

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: jkgrant@csgrr.com

# Mailing Information for a Case 5:06-cv-03396-JW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Elizabeth C Guarnieri**
  CAND.USCOURTS@classcounsel.com

- **Sean M. Handler , Esq**
  ecf_filings@sbtklaw.com,der_filings@sbtklaw.com.com

- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Betsy Carol Manifold**
  manifold@whafh.com

- **Joni L. Ostler**
  jostler@wsgr.com,pbaird@wsgr.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Gregory Lewis Watts**
  gwatts@wsgr.com,lbeltran@wsgr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwincheste

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to

select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Trevan Borum**
Schiffrin & Barroway LLP
280 King of Prussia Road
Radnor, PA 19087

**Todd Mosser**
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

**New York City Pension Funds**
Three Embarcadero Center
Suite 1650
San Francisco, CA 94111

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Sandra G. Smith**
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087