IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Juniper Networks, Inc.  
Derivative Action

No. C 06-03396 JW

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

_____/

The Court conducted a Case Management Conference on November 5, 2007. Counsel for the respective parties were present. The parties represented that they have been interested in mediating their dispute, but have been unable to select a mediator. The parties further represented that will be able to select a mediator by December 3, 2007. Accordingly, the Court sets a Further Case Management Conference for **December 3, 2007 at 10 AM**. The parties shall file a joint case management statement no later than **November 21, 2007**. The statement shall inform the Court of the selection process and set forth a reasonable schedule for bringing the case to completion. If the parties are unable to select a mediator, the Court will make its nomination at the December 3 conference.

Dated:  November 8, 2007

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arthur L. Shingler ashingler@scott-scott.com
Betsy Carol Manifold manifold@whafh.com
Elizabeth C Guarnieri ecg@classcounsel.com
Eric L. Zagar ezagar@sbtklaw.com
Gregory Lewis Watts gwatts@wsgr.com
John K. Grant johnkg@csgrr.com
Joni L. Ostler jostler@wsgr.com
Reed R. Kathrein reed@hbsslaw.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Sean M. Handler ecf_filings@sbtklaw.com
Travis E. Downs travisd@csgrr.com
Willem F. Jonckheer wjonckheer@schubert-reed.com

**Dated: November 8, 2007**         **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California