*IT IS SO ORDERED*
*Judge James Ware*

NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
STEVEN D. GUGGENHEIM, State Bar No. 201386
Email: sguggenheim@wsgr.com
JONI OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: JUNIPER DERIVATIVE ACTIONS<br><br>This Document Relates To:<br><br>All Actions | Case No.: 5:06-CV-03396-JW<br><br>**REQUEST FOR ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR JUNIPER NETWORKS, INC.** |

    Nominal Defendant Juniper Networks, Inc. ("Juniper") requests an order permitting the law firm of Wilson Sonsini Goodrich & Rosati ("WSGR") to withdraw as Juniper's counsel of record in the above-captioned matter, and substituting the law firm of Arnold & Porter, LLP as counsel of record for Nominal Defendant Juniper Networks, Inc. by and through its Special Litigation Committee, which has been authorized by Juniper's Board of Directors to act for Juniper as a nominal defendant in connection with these derivative actions.

    Juniper, WSGR and Arnold & Porter hereby consent to this substitution.

    Juniper further requests that the Court make all necessary changes to the Court's records and ECF and direct all future communications in this case to Arnold & Porter LLP as counsel of

1  record for Nominal Defendant Juniper Networks, Inc. by and through its Special Litigation
2  Committee as follows:

3      ARNOLD & PORTER LLP
    SCOTT B. SCHREIBER (Pro Hac Vice Pending)
4      Email: scott.schreiber@aporter.com
    ANDREW T. KARRON (Pro Hac Vice Pending)
5      Email: andrew.karron@aporter.com
    555 Twelfth Street
6      Washington, DC  20004-1206
    Telephone:  (202) 942-5000
7      Facsimile:  (202) 942-5999
    - and -
8      LAWRENCE A. COX (State Bar No. 76140)
    Email: lawrence.cox@aporter.com
9      777 South Figueroa Street, 44th Floor
    Los Angeles, California  90017-5844
10     Telephone:  (213) 243-4000
    Facsimile:  (213) 243-4199

11
    Attorneys for Nominal Defendant Juniper Networks, Inc.
12     by and through its Special Litigation Committee

13 Dated: November 21, 2007     WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
14

15     By: _____
    Steven Guggenheim
16
    Attorneys for Juniper Networks, Inc.
17
Dated: November 20, 2007     ARNOLD & PORTER LLP
18
    By: _____
19     Scott B. Schreiber

20     Attorneys for Nominal Defendant Juniper Networks,
    Inc. by and through its Special Litigation Committee
21

22     **IT IS HEREBY ORDERED** that WSGR is relieved as counsel of record for Nominal
23 Defendant Juniper Networks, Inc. and that Arnold & Porter, LLP is substituted as counsel of
24 record for Nominal Defendant Juniper Networks, Inc. by and through its Special Litigation
25 Committee.
26 Dated: __November 28, 2007__

27     By: _____
    THE HONORABLE JAMES WARE
28