IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Juniper Networks, Inc.<br>Derivative Litigation | NO. C 06-03396 JW<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The above entitled case is presently scheduled for a Case Management Conference on December 3, 2007. In accordance with the Court's Order, the parties filed their Joint Statement informing the Court that they have selected Antonio C. Piazza, Esq. as their mediator. In addition, the parties have scheduled mediation sessions with Mr. Piazza for January 29-30, 2008.

Based on the representations made by the parties in their Joint Statement, the Court continues the Case Management Conference from December 3, 2007 to **March 3, 2008 at 10 A.M.** to allow sufficient time for the parties to complete their mediation. The parties shall submit a Joint Case Management Statement by **February 22, 2008.**

The current STAY of the case is extended to March 3, 2008.

Dated: November 28, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arthur L. Shingler ashingler@scott-scott.com
Betsy Carol Manifold manifold@whafh.com
Elizabeth C Guarnieri ecg@classcounsel.com
Eric L. Zagar ezagar@sbtklaw.com
Gregory Lewis Watts gwatts@wsgr.com
John K. Grant johnkg@csgrr.com
Joni L. Ostler jostler@wsgr.com
Reed R. Kathrein reed@hbsslaw.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Sean M. Handler ecf_filings@sbtklaw.com
Steven Guggenheim sguggenheim@wsgr.com
Travis E. Downs travisd@csgrr.com
Willem F. Jonckheer wjonckheer@schubert-reed.com

**Dated:  November 28, 2007**               **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers            **
                                            **        Elizabeth Garcia**
                                            **        Courtroom Deputy**