IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 06-03396 JW

In re Juniper Networks, Inc.
Derivative Actions

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    A case management conference is currently scheduled for March 3, 2008. The parties submitted a joint case management statement informing the Court that they are working toward a potential resolution of this case. In light of the parties' representations and to accommodate the parties' efforts in resolving the case, the Court continues the case management conference to **Monday, April 7, 2008 at 10 A.M.** Pursuant to the Civil Local Rules of Court, the parties shall meet and confer and file a Joint Case Management Conference Statement no later than ten (10) days before the date of the conference.

Dated: February 26, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arthur L. Shingler ashingler@scott-scott.com
Betsy Carol Manifold manifold@whafh.com
Elizabeth C Guarnieri ecg@classcounsel.com
Eric L. Zagar ezagar@sbtklaw.com
Gregory Lewis Watts gwatts@wsgr.com
John K. Grant johnkg@csgrr.com
Joni L. Ostler jostler@wsgr.com
Lawrence Allen Cox coxla@aporter.com
Reed R. Kathrein reed@hbsslaw.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Sean M. Handler ecf_filings@sbtklaw.com
Travis E. Downs travisd@csgrr.com
Willem F. Jonckheer wjonckheer@schubert-reed.com

**Dated: February 26, 2008**           **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**