**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 06-03396 JW

In re Juniper Networks, Inc.
Derivative Actions

_____/

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

A case management conference is currently scheduled for April 7, 2008.  The parties submitted a joint case management statement informing the Court that they are working toward a potential resolution of this case.  In light of the parties' representations and to accommodate the parties' efforts in resolving the case, the Court continues the case management conference to **June 9, 2008 at 10 A.M.**  Pursuant to the Civil Local Rules of Court, the parties shall meet and confer and file a Joint Case Management Conference Statement on or before **May 20, 2008.**  This is the parties' final continuance.

Dated:  April 1, 2008

_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Arthur L. Shingler ashingler@scott-scott.com
   Betsy Carol Manifold manifold@whafh.com
3  Elizabeth C Guarnieri ecg@classcounsel.com
   Eric L. Zagar ezagar@sbtklaw.com
4  Gregory Lewis Watts gwatts@wsgr.com
   John K. Grant johnkg@csgrr.com
5  Joni L. Ostler jostler@wsgr.com
   Lawrence Allen Cox coxla@aporter.com
6  Reed R. Kathrein reed@hbsslaw.com
   Robert S. Green RSG@CLASSCOUNSEL.COM
7  Sean M. Handler ecf_filings@sbtklaw.com
   Travis E. Downs travisd@csgrr.com
8  Willem F. Jonckheer wjonckheer@schubert-reed.com

9

10  **Dated:  April 1, 2008**                          **Richard W. Wieking, Clerk**

11                                                       **By:   /s/ JW Chambers**
                                                            **Elizabeth Garcia**
12                                                          **Courtroom Deputy**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28