**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 06-03396 JW

In Re: Juniper Derivative Actions

**ORDER FOLLOWING CASE
MANAGEMENT CONFERENCE**

_____/

The Court conducted a Case Management Conference on June 9, 2008.  Counsel for the respective parties were present.  At the conference, the parties represented that settlement discussions have been significantly advanced but that a few lingering issues remain to be resolved. In light of the parties' representations, the Court sets a further Case Management Conference for **July 7, 2008 at 10 a.m.**, at which the Court intends to set a hearing date for Preliminary Approval of Settlement.  The parties shall file a Joint Case Management Conference statement on or before **June 27, 2008** to update the Court on the progress of the settlement negotiations.  In addition to filing a Joint Statement, the parties shall lodge a settlement Term Sheet with Chambers on or before **June 27, 2008**.

Dated:  June 10, 2008

_James Ware_
_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arthur L. Shingler ashingler@scott-scott.com
Betsy Carol Manifold manifold@whafh.com
Elizabeth C Guarnieri ecg@classcounsel.com
Eric L. Zagar ezagar@sbtklaw.com
Gregory Lewis Watts gwatts@wsgr.com
John K. Grant johnkg@csgrr.com
Joni L. Ostler jostler@wsgr.com
Lawrence Allen Cox coxla@aporter.com
Reed R. Kathrein reed@hbsslaw.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Sean M. Handler ecf_filings@sbtklaw.com
Travis E. Downs travisd@csgrr.com
Willem F. Jonckheer wjonckheer@schubert-reed.com

**Dated:  June 10, 2008**                                **Richard W. Wieking, Clerk**


                                                         **By:   /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California