1  NINA F. LOCKER, State Bar No. 123838
   Email: nlocker@wsgr.com
2  STEVEN GUGGENHEIM, State Bar No. 201386
   Email: sguggenheim@wsgr.com
3  JONI OSTLER, State Bar No. 230009
   Email: jostler@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
7
   *Attorneys for Defendant Juniper Networks, Inc.*
8  *and Non-Party Witnesses Jodi Sutton, Ann Laporte*
   *and Ray Martinelli*
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13  In re JUNIPER NETWORKS, INC.          )   CASE NO.: C06-04327-JW
14  SECURITIES LITIGATION                 )
                                          )
15                                        )   **STIPULATION AND**
                                          )   **[PROPOSED] ORDER**
16  _____)   **SHORTENING TIME FOR**
    This Document Relates To:             )   **HEARING THE MOTION FOR**
17                                        )   **PROTECTIVE ORDER**
        ALL ACTIONS                       )   **REGARDING DEPOSITIONS**
18                                        )
    _____)
19                                        )
    THE NEW YORK CITY EMPLOYEES'          )   CASE NO.:  CV-08-0246-JW
20  RETIREMENT SYSTEM, THE                )
    TEACHERS' RETIREMENT SYSTEM OF        )
21  THE CITY OF NEW YORK, THE NEW         )
    YORK CITY FIRE DEPARTMENT             )
22  PENSION FUND, THE NEW YORK CITY       )
    POLICE PENSION FUND, THE NEW          )
23  YORK CITY POLICE SUPERIOR             )
    OFFICERS' VARIABLE SUPPLEMENTS        )
24  FUND, THE NEW YORK CITY POLICE        )
    OFFICERS' VARIABLE SUPPLEMENTS        )
25  FUND, THE NEW YORK CITY               )
    FIREFIGHTERS' VARIABLE                )
26  SUPPLEMENTS FUND, AND THE NEW         )
    YORK CITY FIRE OFFICERS' VARIABLE     )
27  SUPPLEMENTS FUND, AND THE NEW         )
    YORK CITY TEACHERS' RETIREMENT        )
28  SYSTEM OF THE CITY OF NEW YORK        )

| | |
|---|---|
| 1 | VARIABLE ANNUITY PROGRAM, ) |
| 2 | Plaintiffs, ) |
| 3 | v. ) |
| 4 | LISA C. BERRY, ) |
| 5 | Defendant. ) |
| 6 | ) |
| 7 | ) |

STIP. AND [PROPOSED] ORDER SHORTENING
TIME ON MOT. FOR PROTECTIVE ORDER
CASE NO. C06-04327-JW (PVT) AND
CASE NO. CV-08-0246-JW (PVT)

1  WHEREAS, concurrently with filing this Stipulation, defendant Juniper Networks, Inc. and non-parties Jodi Sutton, Ann Laporte and Ray Martinelli will file a Motion for Protective Order Regarding Depositions ("Motion for Protective Order");

WHEREAS, the issue raised in the Motion for Protective Order is discrete and the parties would like to have it heard on the same date as the previously-scheduled hearing on Lead Plaintiffs' pending Motion to Compel Juniper Networks, Inc. to Produce Restatement Communications (Dkt. No. 280 in Case No. 06-04327);

WHEREAS, in addition, the Motion for Protective Order concerns certain depositions that the lead plaintiffs plan to take in August, and the parties need a decision on the Motion for Protective Order sooner than the standard 35-day notice so they can adequately plan in advance of the planned depositions;

NOW THEREFORE, the parties stipulate, and request that the Court order:

1. Any opposition(s) to the Motion for Protective Order shall be filed by July 22, 2009;

2. Any reply in support of the Motion for Protective Order shall be filed by July 28, 2009;

3. A hearing on the Motion for Protective Order shall be held on August 4, 2009 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: July 13, 2009                      WILSON SONSINI GOODRICH & ROSATI, P.C.
                                          NINA F. LOCKER
                                          STEVEN GUGGENHEIM
                                          JONI OSTLER


                                          _____/s/ Joni Ostler_____
                                          Joni Ostler
                                          650 Page Mill Road
                                          Palo Alto, CA  94304-1050
                                          Telephone:  650/493-9300
                                          650/493-6811 (fax)

                                          *Counsel for Defendant Juniper Networks, Inc., and Non-Party Witnesses Jodi Sutton, Anne Laporte and Ray Martinelli*

STIP. AND [PROPOSED] ORDER SHORTENING           -1-
TIME ON MOT. FOR PROTECTIVE ORDER
CASE NO. C06-04327-JW (PVT) AND
CASE NO. CV-08-0246-JW (PVT)

| | |
|---|---|
| 1  DATED: July 13, 2009 | BARBARA J. HART |
| 2 | DAVID C. HARRISON |
| | LOWEY DANNENBERG COHEN & HART, P.C. |

                                            /s/ David C. Harrison
                                            DAVID C. HARRISON
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Lead Counsel for Lead Plaintiff*

DATED  July 13, 2009

PETER A. WALD
PATRICK E. GIBBS
DAVID M. FRIEDMAN
VIVANN C. STAPP
LATHAM & WATKINS LLP

                                          /s/ David M. Friedman
                                   DAVID M. FRIEDMAN
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone: 415-391-0600

*Counsel for Defendant Ernst & Young LLP*

DATED  July 13, 2009

MELINDA HAAG
JAMES N. KRAMER
NANCY E. HARRIS
REBECCA F. LUBENS
ORRICK, HERRINGTON & SUTCLIFFE LLP

                                          /s/ Nancy E. Harris
                                   NANCY E. HARRIS
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone: 415-773-5700

*Counsel for Defendant Lisa C. Berry*

\*     \*     \*

IT IS SO ORDERED.

Dated:  7/15/09

*[signature: Patricia V. Trumbull]*
The Honorable PATRICIA V. TRUMBULL

STIP. AND [PROPOSED] ORDER SHORTENING TIME ON MOT. FOR PROTECTIVE ORDER
CASE NO. C06-04327-JW (PVT) AND
CASE NO. CV-08-0246-JW (PVT)

-2-