UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | Case No.: C 06-4327 JW (PVT) |
| | Case No.: C 08-00246 JW (PVT) |
| _____ | **ORDER Re Parties' Mid-Deposition Dispute Regarding Assertion of Attorney-Client Privilege** |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al., | |
| Plaintiffs, | |
| v. | |
| LISA C. BERRY, | |
| Defendant. | |
| _____ | |

On October 15, 2009, the parties appeared by telephone before Magistrate Judge Patricia V. Trumbull for hearing on a dispute which arose during the deposition of Brienne Fisher regarding an instruction not to answer on grounds of privilege. Based on the discussions during the hearing,

IT IS HEREBY ORDERED that no later than October 27, 2009, the parties and non-party Brienne Fisher shall file briefs setting forth their respective positions regarding whether the audit committee's interview of Brienne Fisher is protected by attorney-client privilege and/or the work product doctrine.

1   IT IS FURTHER ORDERED that the parties shall appear before Magistrate Judge Patricia V.
2   Trumbull by telephone at 9:30 a.m. on November 4, 2009, for continued hearing on this mid-
3   deposition dispute.
4   Dated: *10/19/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge